IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LEON DENNIS OCHIENG,
ADMINISTRATOR OF THE ESTATE OF
IRVO NOEL OTIENO,

    Plaintiff,

v.                              Case No. 3:25-cv-00166-JAG

HCA HEALTH SERVICES OF VIRGINIA,
INC.,

    Defendant.

## <u>DEFENDANT HCA HEALTH SERVICES OF VIRGINIA, INC.'S<br>MOTION FOR SUMMARY JUDGMENT</u>

Defendant HCA Health Services of Virginia, Inc., by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves this Court for summary judgment in its favor.

There is no genuine issue of material fact that would prevent summary judgment from being entered in favor of HCA Health Services of Virginia, Inc. HCA Health Services of Virginia, Inc. hereby incorporates its Memorandum of Law in Support of Motion for Summary Judgment as if fully set forth herein.

WHEREFORE, Defendant HCA Health Services of Virginia, Inc., by counsel, respectfully requests that this Court grant its Motion for Summary Judgment, and dismiss Plaintiff's Complaint in its entirety, with prejudice.

                                       **HCA HEALTH SERVICES OF<br>                                       VIRGINIA, INC.**

                                       By Counsel

/s/ *Imani E. Sowell*
John R. Owen (VSB No. 39560)
Julie S. Palmer (VSB No. 65800)
Elizabeth O. Papoulakos (VSB No. 89468)
Imani E. Sowell (VSB No. 95982)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jowen@hccw.com
jpalmer@hccw.com
epapoulakos@hccw.com
isowell@hccw.com
*Counsel for HCA Health Services of Virginia, Inc.*

## **C E R T I F I C A T E**

I hereby certify that on the  9th  day of December, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Paul McCourt Curley, Esq. (VSB No. 43794)
Six East Law Group - Curley Law Firm, PLLC
6 East Broad Street
Richmond, VA 23219
804-355-8273 - Phone
paul.curley@sixeastlaw.com

/s/ *Imani E. Sowell*
John R. Owen (VSB No. 39560)
Julie S. Palmer (VSB No. 65800)
Elizabeth O. Papoulakos (VSB No. 89468)
Imani E. Sowell (VSB No. 95982)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jowen@hccw.com
jpalmer@hccw.com
epapoulakos@hccw.com
isowell@hccw.com
*Counsel for HCA Health Services of Virginia, Inc.*