IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LEON DENNIS OCHIENG,
ADMINISTRATOR OF THE ESTATE OF
IRVO NOEL OTIENO,

    Plaintiff,

v.                            Case No. 3:25-cv-00166-JAG

HCA HEALTH SERVICES OF VIRGINIA,
INC.,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned counsel, jointly stipulate and agree under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this matter shall be dismissed with prejudice, each party to bear their own costs, expenses, and fees.

Respectfully submitted,


/s/ Julie S. Palmer
John R. Owen (VSB No. 39560)
Julie S. Palmer (VSB No. 65800)
Elizabeth O. Papoulakos (VSB No. 89468)
Imani E. Sowell (VSB No. 95982)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jowen@hccw.com
jpalmer@hccw.com
epapoulakos@hccw.com
isowell@hccw.com
*Counsel for Defendant HCA Health Services of Virginia, Inc.*

1

/s/ Paul McCourt Curley

Paul McCourt Curley (VSB No. 43794)
Six East Law Group – Curley Law Firm PLLC
6 East Broad Street
Richmond, Virginia  23219
804-355-8273 - Phone
paul.curley@sixeastlaw.com
*Counsel for Plaintiff Leon Dennis Ochieng, Administrator*
*of the Estate of Irvo Noel Otieno*


**C E R T I F I C A T E**

I hereby certify that on the 6th day of January 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:


John R. Owen (VSB No. 39560)
Julie S. Palmer (VSB No. 65800)
Elizabeth O. Papoulakos (VSB No. 89468)
Imani E. Sowell (VSB No. 95982)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jowen@hccw.com
jpalmer@hccw.com
epapoulakos@hccw.com
isowell@hccw.com
*Counsel for HCA Health Services of*
*Virginia, Inc.*

Paul McCourt Curley (VSB No. 43794)
Six East Law Group – Curley Law Firm PLLC
6 East Broad Street
Richmond, Virginia  23219
804-355-8273 - Phone
paul.curley@sixeastlaw.com
*Counsel for Leon Dennis Ochieng,*
*Administrator*
*of the Estate of Irvo Noel Otieno*


/s/ Julie S. Palmer

Julie S. Palmer (VSB No. 65800)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jpalmer@hccw.com
*Counsel for HCA Health Services of Virginia, Inc.*

2