IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LEON DENNIS OCHIENG,
Administrator of the Estate of
IRVO NOEL OTIENO, Deceased,
      Plaintiff,

v.                                   Civil Case No. 3:25cv166

HCA HEALTH CARE SERVICES
OF VIRGINIA, INC.,
      Defendant.

## ORDER

This matter comes before the Court on a joint stipulation of dismissal filed by the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 28.) The parties stipulate to the dismissal of this action with prejudice, with each party bearing its own costs, expenses, and fees.

Accordingly, the Court DENIES AS MOOT all pending motions in the case. (ECF Nos. 9, 16, 24.) Further, the Court acknowledges the voluntary dismissal under Rule 41(a)(1)(A)(ii) and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 7 January 2026
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge